CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NAPOLI BERN RIPKA & SHKOLNIK, LLP,<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON INSURANCE COMPANY, and DOES 1-50, inclusive;<br><br>Defendants.<br><hr>EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>NAPOLI BERN RIPKA & SHKOLNIK, LLP a/k/a NAPOLI BERN RIPKA SHKOLNIK, LLP a/k/a NAPOLI BERN RIPKA, SHKOLNIK, a New York limited liability company; | **CASE NO. 2:18-CV-03116 ab (Ex)**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM WITHOUT PREJUDICE (DKT #23)** |

Order

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

1 NAPOLI BERN RIPKA &
2 ASSOCIATES, LLP, a New York
limited liability partnership;
3
NAPOLI BERN RIPKA SHKOLNIK &
4 ASSOCIATES, LLP a/k/a NAPOLI
BERN RIPKA SHKOLNIK &
5 ASSOCIATES LLP, a New York
limited liability partnership;
6
NAPOLI BERN RIPKA, LLP a/k/a
7 NAPOLI, BERN, RIPKA, LLP, a New
York limited liability partnership;
8
NAPOLI KAISER & BERN, LLP a/k/a
9 NAPOLI, KAISER BERN, LLP a/k/a/
NAPOLI, KAISER & BERN LLP, a
10 New York limited liability partnership;

11 MARC J. BERN, an individual;

12 PAUL J. NAPOLI, an individual;

13 NAPOLI BERN, LLP a/k/a NAPOLI,
BERN, LLP, a New York limited
14 liability partnership;

15 NAPOLI, KAISER, BERN &
ASSOCIATES, LLP a/k/a NAPOLI,
16 KAISER, BERN & ASSOCIATES LLP,
a New York limited liability partnership;
17
NAPOLI, BERN & ASSOCIATES, LLP
18 a/k/a NAPOLI, BERN & ASSOCIATES
LLP, a New York limited liability
19 partnership;

20 LAW OFFICES OF NAPOLI BERN,
LLP a/k/a LAW OFFICE OF NAPOLI,
21 BERN, LLP, a Delaware limited liability
partnership;
22
LAW OFFICES OF NAPOLI BERN
23 RIPKA & ASSOCIATES LLP, a
Delaware limited liability partnership;
24
LAW OFFICES OF NAPOLI BERN
25 RIPKA SHKOLNIK LLP a/k/a LAW
OFFICE OF NAPOLI BERN RIPKA,
26 SHKOLNIK LLP, a Delaware limited
liability partnership;
27
LAW OFFICES OF NAPOLI BERN
28 RIPKA SHKOLNIK & ASSOCIATES

CALLAHAN & BLAINE
A PROFESSIONAL CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

LLP a/k/a LAW OFFICES OF NAPOLI BERN RIPKA & ASSOCIATES LLP a/k/a LAW OFFICES OF NAPOLI BERN RIPKA SHKOLNIK LLP, a Delaware limited liability partnership;

PASTERNACK TILKER NAPOLI BERN LLP a/k/a PASTERNACK TILKER NAPOLI BERN, LLP, a New York limited liability partnership;

NAPOLI SHKOLNIK PLLC, a New York professional limited liability company;

NAPOLI LAW PLLC, a New York professional limited liability company;

PAUL NAPOLI LAW PLLC, a New York professional limited liability company;

BERN RIPKA LLP, a New York limited liability partnership;

MARC J. BERN & PARTNERS LLP, a New York professional limited liability company;

NAPOLI & BERN, LLP a/k/a NAPOLI BERN, LLP, a New York limited liability partnership;

MARC J. BERN PLLC, a New York professional limited liability company;

NAPOLI, KAISER & ASSOCIATES, LLP a/k/a NAPOLI, KAISER, & ASSOCIATES, LLP, a New York limited liability partnership;

NAPOLI, BERN, KRENTSEL & GUZMAN, LLP, a New York limited liability partnership;

WORBY, GRONER, EDELMAN & NAPOLI, BERN, LLP a/k/a WORBY, GRONER, EDELMAN & NAPOLI BERN LLP, a New York limited liability partnership;

PAUL NAPOLI PLLC, a New York professional limited liability company;

Counterdefendants.

The Parties submitted a Joint Stipulation to Dismiss the Complaint and Counterclaim in the above-captioned action in their entirety, without prejudice (Dkt. 23).

Having considered the Joint Stipulation and for good cause shown, **IT IS HEREBY ORDERED** that:

- The Complaint and Counterclaim are dismissed in their entirety, without prejudice.

**IT IS SO ORDERED.**

DATED: July 25, 2018

_____

Honorable André Birotte Jr.